IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| ORA M. BAILEY, | ) |
| Plaintiff, | ) |
| v. | ) CV 107-010 |
| EMPLOYMENT STANDARDS ADMINISTRATION, Office of Worker Compensation, | ) |
| Defendant. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice for failure to timely effect service, and this case is **CLOSED**.

SO ORDERED this 12th day of September, 2007, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE